IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Mark Orgeron, | ) | No. CV-12-01238-PHX-ROS |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Town of Quartzsite, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

The hearing on Plaintiff's request for a temporary restraining order is set for June 19, 2012.  Defendants will be ordered to file a written response to the request in advance of the hearing.

Accordingly,

**IT IS ORDERED** no later than June 15, 2012 Defendants shall file a response to the request for temporary restraining order.  Plaintiff shall file a reply no later than noon on June 18, 2012.

**IT IS FURTHER ORDERED** Plaintiff shall provide Defendants a copy of this Order no later than noon on June 13, 2012.

DATED this 12th day of June, 2012.

Roslyn O. Silver
Chief United States District Judge