Kory A. Langhofer (#024722)
Michael T. Liburdi (#021894)
Eric H. Spencer (#022707)
SNELL & WILMER L.L.P.
One Arizona Center
400 East Van Buren Street, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: (602) 382-6000
Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| MARK ORGERON,<br><br>          Plaintiff,<br><br>v.<br><br>TOWN OF QUARTZSITE, *et al.*,<br><br>          Defendants. | No. CV-12-01238-PHX-ROS<br><br>**PLAINTIFF'S RULE 5.1 NOTICE OF CONSTITUTIONAL QUESTION** |

Plaintiff Mark Orgeron files this Notice of Constitutional Question pursuant to Federal Rule of Civil Procedure 5.1.

Orgeron has challenged the constitutionality of Section 9-232(A) of the Arizona Revised Statutes under the Privileges and Immunities and Due Process Clauses of the Fourteenth Amendment of the U.S. Constitution. The details of the challenge are set forth in the following documents filed in this case:

1. Verified Complaint,
2. the First Amended Verified Complaint,
3. the Plaintiff's Motion for a Temporary Restraining Order and a Preliminary Injunction, and
4. the Plaintiff's Reply re: Motion for a Temporary Restraining Order and a Preliminary Injunction.

Pursuant to Federal Rule of Civil Procedure 5.1(a)(2), a copy hereof has been sent to the Arizona Attorney General by certified mail.

DATED this 18th day of June, 2012.

SNELL & WILMER L.L.P.

By *s/Kory A. Langhofer*
Kory A. Langhofer (#026276)
Michael T. Liburdi (#021894)
Eric H. Spencer (#022707)
One Arizona Center
400 East Van Buren Street, Suite 1900
Phoenix, Arizona 85004-2202
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing. On June 18, 2012, I also sent a copy hereof, via certified mail, to the following individual:

Tom Horne
Arizona Attorney General
1275 West Washington Street
Phoenix, Arizona 85007-2926

*s/Lynda Ficarra*