IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Orgeron,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Town of Quartsite, et al.,<br><br>　　　　Defendants. | No. CV-12-01238-PHX-ROS<br><br>**ORDER** |

An evidentiary hearing on Plaintiff's request for a preliminary injunction will be set for July 12, 2012. The parties will be directed to file a proposed schedule for that hearing. The schedule should include a list of witnesses and the general scope of each person's testimony.

Accordingly,

**IT IS ORDERED** an evidentiary hearing on the Motion for Preliminary Injunction (Doc. 3) is set for **July 12, 2012 at 1:30 p.m.**

**IT IS FURTHER ORDERED** no later than **July 6, 2012** the parties shall file a joint proposed schedule for the hearing.

**IT IS FURTHER ORDERED** the parties shall comply with the Exhibit Procedure found on the Court's website at www.azd.uscourts.gov under "Judges & Courtrooms" and "Orders, Forms & Procedures" for Hon. Roslyn O. Silver.

DATED this 5th day of July, 2012.

_____
Roslyn O. Silver
Chief United States District Judge