Kory A. Langhofer (#024722)
Michael T. Liburdi (#021894)
Eric H. Spencer (#022707)
SNELL & WILMER L.L.P.
One Arizona Center
400 East Van Buren Street, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: (602) 382-6000
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MARK ORGERON,<br><br>          Plaintiff,<br><br>v.<br><br>TOWN OF QUARTZSITE, *et al.*,<br><br>          Defendants. | No. CV-12-01238-PHX-ROS<br><br>**JOINT PROPOSED SCHEDULE FOR THE PRELIMINARY INJUNCTION HEARING** |

Pursuant to the Court's order of July 5, 2012, the parties hereby file this joint proposed schedule for the Preliminary Injunction Hearing scheduled for July 12, 2012 at 1:30 in the afternoon.

Plaintiff's counsel anticipates calling up to three witnesses to the stand during the hearing:

1. Mark Orgeron will testify concerning his move from Yuma, Arizona to Quartzsite, Arizona; the subsequent purchase of his home in Quartzsite, Arizona; his employment in Quartzsite, Arizona; his intent to remain in Quartzsite, Arizona; the 2012 municipal election in Quartzsite, Arizona; and the disqualification of the mayor elect and Mr. Orgeron following the 2012 election.

2. The plaintiff may also present testimony from Cheryl Orgeron, who is married to Mark Orgeron. If called to the stand, she will testify that she resides in Yuma, Arizona part-time and in Quartzsite, Arizona part-time, but

that Mark Orgeron is a full-time resident of Quartzsite, Arizona. She will further testify that, after she retires from federal service, she will reside in Quartzsite full-time with her husband.

3. The plaintiff may also call a witness who works at the Quartzsite Public School System. The witness, if called, will testify that Mark Orgeron has worked at the local public schools full-time since July 2009, and is working to become appointed as a principal of one of the local public schools.

At this time, Defendants' counsel does not anticipate calling any additional witnesses. Defendants will cross-examine the witnesses called by the plaintiff.

RESPECTFULLY SUBMITTED this 7th day of July, 2012.

SNELL & WILMER L.L.P.

By *s/Eric H. Spencer*
Kory A. Langhofer
Michael T. Liburdi
Eric H. Spencer
One Arizona Center
400 East Van Buren Street, Suite 1900
Phoenix, Arizona 85004-2202
*Attorneys for Plaintiffs*

SIMS MURRAY, LTD.

By *s/Eric H. Spencer, with permission, for*
Jeffrey Thomas Murray
2020 North Central Avenue, Suite 670
Phoenix, Arizona 85004
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

*s/Jennifer Thomes*