# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Phoenix Division                                    **CIVIL MINUTES**

CV-12-01238-PHX-ROS                            DATE: 7/12/12
Year  Case No  Initials

Title: Mark Orgeron                vs.    Town of Quartzsite, et al.
         Plaintiff                              Defendants

===============================================================================

HON: ROSLYN O. SILVER

Deputy Clerk : Christine Boucher              Court Reporter: Candy Potter

Kory Langhofer                                      Jeffrey Murray
Attorney for Plaintiff                              Attorney for Defendants

===============================================================================

**PROCEEDINGS:   X   Preliminary Injunction Hearing**

1:29 p.m. Court is called to order. The Court addresses the parties. The parties move to admit Exhibits 1-14 and 20-22. Exhibits 1-14 and 20-22 are admitted. 1:38 p.m. **Plaintiff's case:** Mark Orgeron is sworn and examined. 2:10 p.m. Cross-examination. 2:42 p.m. Redirect. 2:46 p.m. Witness is excused. Cheryl Orgeron is sworn and examined. 2:50 p.m. Cross-examination. 2:54 p.m. No redirect. Witness is excused. The Defendants have no witnesses. The Court addresses the parties. 2:57 p.m. Closing statements by the Plaintiff. 3:00 p.m. Closing statements by Defendants. The Court orders supplemental briefing by the Defendants no later than July 18, 2012. Plaintiff's response is due no later than July 20, 2012. Defendants' answer to the Complaint is due July 13, 2012. 3:10 p.m. Court is adjourned.

                                                    Time in Court: 1 hr. 41 min.