IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Orgeron,<br><br>    Plaintiff,<br><br>vs.<br><br>Town of Quartzsite, et al.,<br><br>    Defendants. | No. CV-12-1238-PHX-ROS<br><br>**ORDER** |

Pursuant to the parties' stipulation, and good cause appearing,

**IT IS ORDERED** the Stipulation (Doc. 39) is **APPROVED**. The parties shall file the joint proposed order giving effect to the Court's findings of law and fact as to Count II no later than July 27, 2012.

DATED this 24th day of July, 2012.

_____
Roslyn O. Silver
Chief United States District Judge