IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Orgeron,<br><br>    Plaintiff,<br><br>vs.<br><br>Town of Quartzsite, et al.,<br><br>    Defendants. | No. CV-12-01238-PHX-ROS<br><br>**ORDER** |

Pursuant to the parties' stipulation and good cause appearing,

**IT IS ORDERED** the stipulated motion to dismiss (Doc. 42) is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** the stipulated motion to extend deadline (Doc. 41) is **DENIED AS MOOT**.

DATED this 1st day of August, 2012.

Roslyn O. Silver
Chief United States District Judge